1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAQUER, URBAN, CLIFFORD & HODGE LLP          **MADE JS-6**
J. Paul Moorhead, Esq., State Bar #240029
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Moorhead@Luch.com

Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | CASE NO.: CV 08-00317 GW (VBKx) ASSIGNED TO THE HONORABLE GEORGE H. WU **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| SOUTH WEST BOB'S PLUMBING, INC., a California corporation; ROBERT NAHAPETIAN, an individual, | |
| Defendants, | |

/// 

1

126171.1

1    This action having been commenced on January 17, 2008, and the Court having

2 approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern

3 California Pipe Trades Health and Welfare Trust Fund; Trustees of the Southern California

4 Pipe Trades Retirement Trust Fund; Trustees of the Southern California Pipe Trades Defined

5 Contribution Trust Fund; Trustees of the Southern California Pipe Trades Vacation and

6 Holiday Trust Fund; Trustees of the Southern California Pipe Trades Christmas Bonus Fund;

7 Trustees of the Apprentice and Journeyman Training Trust Fund; Trustees of the Plumbers

8 and Pipefitters National Pension Fund; and Trustees of the International Training Fund

9 (hereinafter the "Trustees") and against defendants South West Bob's Plumbing, Inc., a

10 California corporation and Robert Nahapetian, an individual, and for good cause shown,

11 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

12    The Trustees shall recover from defendants South West Bob's Plumbing and Robert

13 Nahapetian, jointly and severally, the principal amount of $10,803.97, together with post-

14 judgment interest thereon at the rate of ten percent (10%) per annum from the date judgment

15 is entered until paid in full.

16

17 DATED: April 10, 2008    _____

18                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

126171.1

JUDGMENT